STEVEN G. KALAR
Federal Public Defender
HEATHER M. ANGOVE
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Heather_Angove@fd.org

Counsel for Defendant,
KENNETH KEZEOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00245 BLF |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |
| vs. | |
| KENNETH KEZEOR, | |
| Defendant. | |

Defendant Kenneth Kezeor, by and through Assistant Federal Public Defender Heather M. Angove, and the United States, by and through Assistant United States Attorney David R. Callaway, hereby stipulate and request that, with the Court's approval, the status hearing currently set for August 5, 2014 at 9:00 a.m. shall be continued to September 23, 2014 at 9:00 a.m.

The reason for the requested continuance is that the government provided a copy of the electronic evidence to defense counsel in early July, as scheduled. Defense counsel was then out of the office for two weeks on medical leave. As of this date, defense counsel has not had time to review this discovery. Additionally, the parties would like time to discuss a possible resolution in this matter.

Stip. to Continue Status Hearing; Proposed Order
CR 14-00245 BLF                                      1

The parties agree that the time between August 5, 2014 and September 23, 2014, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

Dated: August 1, 2014

/s
HEATHER M. ANGOVE
Assistant Federal Public Defender

Dated: August 1, 2014

/s
DAVID R. CALLAWAY
Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from August 5, 2014 to September 23, 2014 at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between August 5, 2014, and September 23, 2014, would unreasonably deny the Defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS the ends of justice served by excluding the time between August 5, 2014 to September 23, 2014, from computation under the Speedy Trial Act outweigh the interests of the public and the Defendant in a speedy trial.

\\\

\\\

\\\

1   THEREFORE, IT IS HEREBY ORDERED that the time between August 5, 2014, and
2   September 23, 2014, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.
3   § 3161(h)(7)(A) and (B)(iv).
4   IT IS SO ORDERED.
5   Dated: August 4, 2014

_____
THE HONORABLE BETH LABSON FREEMAN
United States District Judge