BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail: michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-000245 BLF |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL OF COUNSEL |
| KENNETH KEZEOR, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Removal of Counsel. Assistant United States Attorney David Callaway is no longer an attorney of record in this case. Please remove him from the ECF email notification list associated with this case.

DATED: December 21, 2015                    Respectfully submitted,

                                             BRIAN J. STRETCH
                                             Acting United States Attorney

                                             /s/
                                             MICHELLE J. KANE
                                             Assistant United States Attorney