1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   MICHELLE J. KANE (CABN 210579)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3680
      FAX: (510) 637-3724
8     matthew.parrella@usdoj.gov
      michelle.kane3@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 14-000245 BLF |
|---|---|
| Plaintiff, | ) UNITED STATES' REVISED WITNESS LIST |
| v. | ) Trial: January 19, 2016 |
| KENNETH KEZEOR, | ) Courtroom: No. 3 |
| Defendant. | ) |

The United States hereby files this revised notice to the Court and to the defendant of the witnesses it may call in its case-in-chief at the trial in the above-captioned case. This list is intended to be inclusive, is subject to amendment or supplementation as trial preparations progress, and does not necessarily reflect the order in which the government will call the witnesses. The government will notify the defense and Court of any changes to this list.

| Witness Name | Anticipated Testimony |
|---|---|
| Andrew Kanetzke (FBI) | Special Agent Kanetzke will testify regarding the FBI's investigation of the damage to the AskTac system. In particular, Special Agent Kanetzke will testify that he obtained records indicating that the IP address used to log in to AskTac was assigned to defendant's home. Special |

U.S. WITNESS LIST
CR 14-000245 BLF

| Witness Name | Anticipated Testimony |
|---|---|
| | Agent Kanetzke will also testify regarding the search of defendant's home and statements by defendant to the FBI at the time of his arrest. |
| Thomas DeSwiet (Former Agilent employee) | Mr. DeSwiet will testify regarding his supervision of defendant at Agilent, including defendant's work with the AskTac system. Mr. DeSwiet will also testify regarding the Agilent investigation of the problems with the AskTac system. He will testify regarding the loss to Agilent. He will also testify that he did not ask Kezeor to log in to the AskTac application after Agilent terminated Kezeor's employment. |
| Patrick Kennedy (Agilent) | Mr. Kennedy will testify regarding the AskTac application and the damage to the AskTac system. He will also testify that he did not ask Kezeor to log in to the AskTac application after Agilent terminated Kezeor's employment. |
| Joseph Masud (Former Agilent employee) | Mr. Masud will testify regarding his investigation of the damage to the AskTac system. |
| John Phan (MidTech Software Systems) | Mr. Phan will testify regarding his investigation and remediation of the damage to the AskTac system. Mr. Phan will also testify regarding his management of the AskTac system. Mr. Phan will also testify as an expert regarding the contents of the access and error logs, and the functioning of the AskTac system, as described in the government's separate Notice of Expert Witness Testimony. |
| Danica Factor (formerly Danica Randall) (Agilent) | Ms. Factor will testify regarding the damage to the AskTac system, including customer complaints. |
| Ed Manzanares (Agilent) | Mr. Manzanares will testify regarding the damage to the AskTac system, including problems with handling of customer tickets. |
| Ghirmai Meresi (Agilent) | Mr. Meresi will testify regarding the damage to the AskTac system, including customer tickets being improperly closed. |
| Scott Hellman (FBI) | Special Agent Hellman will testify regarding the search of defendant's home and statements by defendant to the FBI at the time of his arrest. |

//

| | |
|---|---|
| Debbie Mattiello (Former Agilent employee) | Ms. Mattiello will testify that she did not use the AskTac system, did not close any AskTac tickets, and did not give anyone permission to use her AskTac login. |
| Anthony ("Monte") Frazier (FBI) | Special Agent Frazier is the current case agent. |

Dated: January 13, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney


/s/
MATTHEW A. PARRELLA
MICHELLE J. KANE
Assistant United States Attorneys