# EXHIBIT A

**UNITED STATES V. KENNETH KEZEOR, Case No. 14-00245 BLF**
**CONFIDENTIAL JUROR QUESTIONNAIRE**

1. Juror's Name: _____   Gender: ❑ Male   ❑ Female

2. Age: _____   Place of birth? _____

3. City or area where you live: _____   For how long? _____

4. What is your employment status? _____

5. Please list the primary jobs you have had in the past, beginning with your current or most recent employment. If <u>retired or unemployed</u>, please indicate the last jobs you had.

| Dates | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6. Please list the jobs your spouse/partner has had in the past ten years beginning his/her current or most recent employment. If <u>retired or unemployed</u> please indicate the last jobs he/she had.

| Dates | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

7. If you have any children please fill in the list below:

| Gender | Age | Live with you? | Education | Occupation | Spouse's Occupation |
|---|---|---|---|---|---|
|  |  | ❑ Yes  ❑ No |  |  |  |
|  |  | ❑ Yes  ❑ No |  |  |  |
|  |  | ❑ Yes  ❑ No |  |  |  |
|  |  | ❑ Yes  ❑ No |  |  |  |

8. Have you or anyone close to you ever served in the military? ❑Yes ❑ No   If Yes, please list who, branch, location and dates of service: _____

9. How knowledgeable are you about computers? ❑ Extremely ❑ Very ❑ Somewhat ❑ Not at All

10. How knowledgeable are you about the way the internet works?
    ❑ Extremely ❑ Very ❑ Somewhat ❑ Not at All

11. Have you, your employer, or any of your family or close friends, ever been the victim of "computer hacking" or any offense involving a computer, either personally or at work? ❑Yes ❑ No   If yes, please explain. _____

12. Have you ever applied for a job or worked for a law enforcement agency or in the military or security field? Have any of your close friends or relatives ever applied for a job or worked for a law enforcement agency or in the military or security field? ❑Yes ❑ No   If yes, please explain. _____

13. Have you ever applied for a job or worked in the legal field? Do you have any legal training? Have any of your close friends or relatives ever applied for a job or worked in the legal field? ❑Yes ❑ No   If yes, please explain.

14. Have you ever applied for a job or worked in the high tech/computer field? Do you have any specialized computer training? Have any of your close friends or relatives ever applied for a job or worked in the high tech/computer field? ❑Yes ❑ No   If yes, please explain.

15. Have you ever received training in computer or network security? ❑Yes ❑ No   If yes, please explain.

16. Do you know any lawyers, judges or court personnel, including any prosecuting attorneys or criminal defense attorneys? ❑Yes ❑ No   If Yes, please explain:

17. Have you ever served on a jury before? ❑ Yes ❑ No  If Yes, please complete for each case:

| Case Type | When | Where | Reach a verdict? | Served as foreperson? |
|---|---|---|---|---|
| 1) | | | | ❑ Yes   ❑ No |
| 2) | | | | ❑ Yes   ❑ No |
| 3) | | | | ❑ Yes   ❑ No |

18. Have you or anyone close to you ever been the victim of a crime (whether it was reported or not)? ❑ Yes ❑ No  If Yes, what type of crime(s)?

19. Have you or anyone close to you ever testified in a criminal case? ❑ Yes ❑ No   If Yes, please explain:

20. Have you or anyone close to you ever been involved with any group that concerns itself with crime prevention, victims' rights, or criminal justice issues? ❑ Yes ❑ No   If Yes, please explain:

21. Have you or anyone close to you ever been laid off or otherwise involuntarily terminated from a job (for example, laid off after a merger or acquisition)? ❑ Yes ❑ No   If Yes, please explain:

22. Do you have any religious, moral, ethical, political or other beliefs or opinions that would affect your ability to be a juror in this case? ❑ Yes  ❑ No   If Yes, please explain:

23. Is there anything else, including your present state of mind that you feel the attorneys and/or the judge should know about you that might affect your ability to be a completely fair and impartial jury in this case? ❑ Yes ❑ No   If Yes, please explain:

24. Are there matters you would like to discuss outside the presence of other jurors? ❑ Yes ❑ No   If Yes, please list the question number(s) or the nature of what you wish to discuss privately:

The following is a list of potential witnesses who may or may not be called to testify in this matter. The list is designed to place potential jurors on notice as to the individuals who may possibly be called to testify. Please circle the name of any person you know, think you may know, have met, or sounds familiar to you.

**INSERT WITNESS LIST**

Please list each person you know and describe how you know them:_____

_____

_____

_____


**I declare the above answers to be true of my own knowledge and I sign this questionnaire under penalty of perjury under the laws of the State of California.**

Dated:_____    _____
                                                             Signature of Juror

**Additional Space for Continued Answers:**

If you could not sufficiently answer any question in the space provided, please use this space to provide that information. Please include what question number and page number the answer is continued from.