UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 7, 2016      **Time in Court:** 23 Minutes     **Judge:** BETH LABSON FREEMAN

**Case No.:** 5:14-cr-00245-BLF-1     **Case Name:** UNITED STATES v. Kenneth Kezeor

**Attorney for Plaintiff:** Michelle Kezeor
**Attorney for Defendant:** Graham Archer

**Deputy Clerk:** Tiffany Salinas-Harwell      **Court Reporter:** Irene Rodriguez
                                                9:20 – 9:43
**Interpreter:** n/a                            **Probation Officer:** n/a

**PROCEEDINGS**

Counsel for Plaintiff and Defendant Present.
Defendant is present out of custody.

**Defendant Pleads GUILTY to COUNT 1 of the INDICTMENT.**

**Case Referred to Probation for a Pre-Sentencing Report.**

**Sentencing set for 09/20/2016 at 9:00 am.**

June 7, 2016

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman